# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 QUARROPAS STREET**
**WHITE PLAINS, NEW YORK 10601**
**(914) 390-4060**

| **Kathleen Farrell-Willoughby** | **Marlene Guercy** |
|---|---|
| **Clerk of the Court** | **Deputy-In-Charge** |

| Case Name: Irwin Schneidmill | Date: January 24, 2007 |
|---|---|
| Case No.: 06-8238 | Chapter: 7 |
| Trustee:  Jeffrey Sapir<br>399 Knollwood Rd.<br>White Plains, NY 10603 | Adversary Proc. No.:<br>   Ellen Faith Hurwitch<br>          Plaintiff(s),<br>   vs.<br>   Irwin Schneidmill<br>          Defendant(s) |

## **LETTER REQUESTING CASE STATUS**

Dear Ms. Penachio**,**

Please be advised that the above referenced case has been inactive since **8/3/06.**
Please provide the Clerk's office with a status report to update the case docket.

In order to have our court run more efficiently, if you do not respond in writing to this request within thirty days there will be an Order to Show Cause filed with the Court in order to compel compliance.

Your anticipated cooperation is appreciated.

Sincerely,


/s/      Lonnie Webb
       Case Administrator